UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN ROBERT DEMOS, JR. (#287455)

VERSUS

JAMES D. CALDWELL, JR., ET AL

CIVIL ACTION

NUMBER 10-170-FJP-DLD

RULING

This matter is before the court on petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner was convicted in the King County Superior Court, Seattle, Washington and is now confined in the Stafford Creek Correctional Center, Aberdeen, Washington.

This court does not have jurisdiction over this claim because the petitioner was not convicted in this district nor is he incarcerated in this district. 28 U.S.C. § 2241(d). Therefore;

IT IS ORDERED that this action be DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, March 24, 2010.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE